**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6229**

_____

LEVI G. SPRINGER,

Petitioner - Appellant,

v.

CHADWICK DOTSON, Director of VA DOC,

Respondent - Appellee.

_____

**No. 24-6381**

_____

LEVI G. SPRINGER,

Petitioner - Appellant,

v.

CHADWICK DOTSON, Director of VA DOC,

Respondent - Appellee.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01566-MSN-WEF)

_____

Submitted:  November 26, 2024                          Decided:  January 14, 2025

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Levi Gary Springer, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Levi G. Springer seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 petition as an unauthorized, successive petition and denying his motion for an evidentiary hearing. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Springer has not made the requisite showing. Thus, we deny Springer's motion for appointment of counsel. We also deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3